RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 6/8/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| COREY R. PARKER<br>LA. DOC #440820 | CIVIL ACTION NO. 3:12-cv-0498 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| BILLY W. ARRISON, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering Plainitff's correspondence,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-referenced matter is **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this ____ day of _____, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE